UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER MENZEL,<br><br>Plaintiff,<br><br>vs.<br><br>TERRA NETWORKS OPERATIONS, INC.; *et al.*,<br><br>Defendants. | Civil Action No.: CV-18-522 AJN (KHP)<br><br>**STIPULATION TO DISMISS ACTION** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 8 2018

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Peter Menzel on the one hand and Defendant Terra Networks Operations, Inc. on the other hereby STIPULATE as follows:

1. All claims in this action are hereby dismissed with prejudice in their entirety pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. The parties to this stipulation will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

3. No order is required on this stipulation per Fed.R.Civ.P. 41(a)(1)(A)(i)-(ii).

SO STIPULATED.

Dated: July 17, 2018          By: _____
                                  Andrew I. Gerber, Esq.
                                  Scott Alan Burroughs, Esq.
                                  *(not admitted in New York)*
                                  DONIGER / BURROUGHS
                                  *Attorneys for Plaintiff*
                                  *Peter Menzel*

Dated: July 17, 2018          By: _____
                                  Daniel C. Mazanec, Esq.
                                  GREENSPOON MARDER LLP
                                  Attorneys for Defendant
                                  Terra Network Operations, Inc.

SO ORDERED:   7/18/18

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE